**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>Erika Bibiana DUARTE-Duarte,<br><br>                Defendant. | Case No.:  24MJ8368-LR<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

**COUNT 1**

On or about April 30, 2024, within the Southern District of California, Erika Bibiana DUART- Duarte did knowingly and intentionally import a mixture and substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-piperdinyl] propenamide (Fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

## COUNT 2

On or about April 30, 2024, within the Southern District of California, defendant, Erika Bibiana DUARTE-Duarte, did knowingly and intentionally import a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Ian Culp
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 1st day of May, 2024.

_____
HON. LUPE RODRIGUEZ, JR.
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
    v.
Erika Bibiana DUARTE-Duarte

## STATEMENT OF FACTS

This complainant states that this Complaint and Statement of Facts are based on the reports, documents, and notes furnished to United States Homeland Security Investigations Special Agent Ian Culp.

On April 30, 2024, at approximately 12:59 p.m., Erika Bibiana DUARTE-Duarte, (DUARTE), a United States Citizen, applied for admission into the United States from Mexico through the Calexico, California West Port of Entry via vehicle lane #7. DUARTE was the driver and the sole occupant of a 2013 Chevrolet Malibu LT four door sedan (Malibu) bearing Baja California Mexico license plates.

Customs and Boarder Protection Officer (CBPO) F. Lopez was conducting pre-primary inspections and encountered DUARTE, who gave a negative customs declaration and stated that she was going "home to El Centro." CBPO F. Lopez had DUARTE roll down the rear driver's side passenger window of the vehicle and proceeded to tap his fingers on the right side passenger door of the Malibu which gave a solid sound. CBPO F. Lopez referred the Malibu to the Vehicle Secondary (VS) lot for further inspection.

In the VS lot, the Malibu was scanned through the Z-Portal operated by CBPO F. Velarde. CBPO F. Velarde detected anomalies in the driver door, rear driver door, passenger doors, and quarter panels. Canine Enforcement Officer (CEO) Marino along with her Narcotic and Human Detection Dog (NHDD) conducted a canine screening of the Malibu, which resulted in NHDD positively alerting to the Malibu.

Further inspection of the vehicle resulted in the discovery of 69 packages concealed throughout the vehicle. Sixty-seven packages contained a white crystal-like substance with an approximate weight of 91.72 kilograms (202.20 pounds). Two packages contained a white powdery substance with a total weight of approximately 2.16 kilograms (4.76 pounds). A sample of the white crystal-like substance and a sample of the white powdery substance were tested by CBPO D. Gradilla and witnessed CBPO Hamm. The crystal-like substance yielded positive results for methamphetamine and the white powdery substance yielded positive results for fentanyl.

DUARTE was advised of her Miranda Rights in the English language. DUARTE acknowledged her rights and agreed to answer questions without an attorney present. DUARTE stated approximately two months ago she responded to a job offer via a Facebook advertisement. DUARTE stated she was contacted via Facebook Messenger by an individual who offered her a job to smuggle money concealed inside the Malibu from various locations in the United States and into Mexico. DUARTE stated she believed the money she would be smuggling was from narcotics sales. DUARTE stated she has successfully smuggled money into Mexico on two occasions prior to her arrest. DUARTE stated she was supposed to be paid for $2,000 USD for her services but has yet to be paid.

DUARTE was placed under arrest and charged with violation of Title 21, United States Code sections 952 and 960, for Importation of Controlled Substance and was booked into the El Centro GEO Detention Center to await initial appearance.